BLANCHE JACKSON ET AL. *v.* MILES B. WALMER ET AL.

KING, C. J., ALCORN, HOUSE, COTTER and THIM, Js.

Argued June 8—decided June 9, 1967

*Thomas D. Clifford,* for the appellants (plaintiffs).

*Gerald P. Dwyer,* with whom, on the brief, were *Martin E. Gormley* and *Kevin T. Gormley,* for the appellees (defendants).

PER CURIAM. On the evidence, the jury could reasonably have found for the plaintiffs. Therefore, the court was in error in setting aside the verdict.

There is error and the case is remanded with direction to render judgment on the verdict.